RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 JUL -8 A 10:10

M. C. Williams #205594 )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )
 ) CIVIL ACTION NO. 2:05CV638-F
State of Alabama ) (To be supplied by the Clerk of the
Warden Arnold Holt ) U.S. District Court)
Bullock Correctional )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or
       similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your
       imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there
       is more than one lawsuit, describe the additional lawsuits on another piece of
       paper, using the same outline).

       1.  Parties to this previous lawsuit
           Plaintiff(s) M.C. Williams _____

           Defendant(s) Arnold Holt, Warden
           Bullock Correctional _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____
           _____

       3.  Docket No. _____

       4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>Bullock County Correctional Facility</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>Bullock County Correctional Facility / Dorm 23</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. <u>Warden, Arnold Holt   P.O. Box 5107</u>
2. <u>Bullock Corrections</u>
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>April 6, 2005</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>Lack of Security</u>

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On April 6, 2005, at 2:00 Am In the morning another Inmate Jumped me In my sleep, there were no officers In the Dorm at the time this happen, Only two officers to watch a four bay Man Dorm or on duty when Incident happen.

-2-

See attachment Page (4)

GROUND TWO: Warden Arnold Holt, Refused to allow Me to file a first degree Assault Criminal Warrant Charge

SUPPORTING FACTS: Inmate-Micheal Thomas, for cutting Me in My face with a box cutter type knife, where I Suffered injury to My face from the deadly weapon of a very sharp knife.

GROUND THREE: I still wont to file a Criminal Complainant Warrant against inmate Micheal Thomas.

SUPPORTING FACTS: Warden Arnold Holt, allowed Inmate Thomas to be transferred without anytype of legal Punishments of a violation toward the assault crime that inmate Thomas committed on Me.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To pay me for my suffering and pain that I obtained to my face, eye, and almost cutting my Nose half way off in the process of the incident.

( See attachment page #4 )

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 5, 2005
          (date)

_____
Signature of plaintiff(s)

Page 4

attachment sheet
M.C. Williams #20.55.94

There were no investigation done on the assault case of inmate M.C. Williams, on 4-6-05 When inmate Micheal Thomas, assaulted M.C. Williams
Mr. Williams did ask the Warden Holt, to have his assault case invesitgated by the State invesitgators at I.N.I, invesigation for the department of Correction to review his
There were no Pictures of the assault, taken for evidence of a
There is no witnesses or statements on what happen on 4-6-05, from the officer, or the other inmates within the dorm,

On 4-19-05, inmate Williams asked Warden: Body what was he an Warden: Holt going to do about my assault case that inmate Micheal Thomas caused, I.N.I investigators, nor the Wardens never did any investigation

There was not a Correctional officer in the dorm, I had to go and find a officer