IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

M.C. Williams #205594
Plaintiff(s)

CA: 2:05CV638-F

v.

Arnold Holt, Warden
Defendant(s)

I, M.C. Williams, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed?        Yes ( )    No (✓)

      A.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

            NA

      B.    If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.

            NA                    NA

2.    Have you received within the past twelve months any money from any of the following sources?

      A.    Business, profession, or form of self-employment?        Yes ( )    No (✓)

      B.    Rent payments, interest, or dividends?        Yes ( )    No (✓)

      C.    Pensions, annuities, or life insurance payments?        Yes ( )    No (✓)

      D.    Gifts or inheritances?        Yes ( )    No (✓)

      E.    Any other sources?        Yes ( )    No (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

NA                                        NA

3.   Do you own cash, or do you have money in a checking or savings account? [Include an prison accounts].                                  Yes (   )  No ( ✗ )

If the answer is YES, state the total value of the items owned. _____

N A _____

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property ordinary household furnishings and clothing]?         Yes (   )  No ( ✗ )

If the answer is YES, describe the property and state its approximate value. _____

N A _____

5.   List the persons who are dependent upon you for support, state your relationship to thos and indicate how much you contribute toward their support. _____

N A _____

_____

_____
Signature of Affiant

STATE OF ALABAMA
COUNTY OF _____ Bullock _____ )

Before me, a Notary Public in and for said County, in said State, personally appeared ____

_____ M.C. Williams _____ whose name is signed to the foregoing complaint

first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the be of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this _5th_ day of _July_, 2005.

_____
NOTARY PUBLIC
**NOTARY PUBLIC STATE OF ALABAMA AT LARGE**
**MY COMMISSION EXPIRES:  Mar 18, 2007** oun

My Commission Expires: _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/2/05
                (date)

_Signature of Affiant_

205594

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 4.93 on account to his credit at the ___BULLOCK COUNTY CORR. FACILITY___ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: ___

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A.  $_____ on the first day of _____
B.  $_____ on the first day of _____
C.  $_____ on the first day of _____
D.  $_____ on the first day of _____
E.  $_____ on the first day of _____
F.  $_____ on the first day of _____

_Authorized Officer of Institution_

BULLOCK COUNTY CORR. FACILITY

Date: 5/24/2005

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
              BULLOCK CORRECTIONAL FACILITY


AIS #: 205594      NAME: WILLIAMS, M.C.              AS OF: 05/24/2005

                       # OF      AVG DAILY        MONTHLY
              MONTH    DAYS       BALANCE          DEPOSITS
-------------------------------------------------------------------------
              MAY       7          $0.93           $0.00
              JUN      30          $0.93           $0.00
              JUL      31          $5.04          $20.00
              AUG      31          $0.35           $0.00
              SEP      30          $0.35           $0.00
              OCT      31         $13.96          $40.00
              NOV      30         $17.54          $25.00
              DEC      31         $22.89          $60.00
              JAN      31          $2.15           $0.00
              FEB      28          $0.00           $0.00
              MAR      31          $1.93          $20.00
              APR      30          $4.17         $204.00
              MAY      24         $21.72          $65.00
```