2:05 cv638-F

M.C. Williams 20.55.94.
P.O. Box #1107 - DORM 2 BED2
Union Springs, AL 36089

RECEIVED
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DATE: 8-1-05

Dear MS. Delores R. Boyd / Magistrate

I am responding to your letter of July 15th, 2005
MS. Boyd. I am having a very Slow Problem coming
up with the requested fee of 11,63 filing fee, at this
time I don't have any money in My Personal account to
Pay My filing fees.
I am now asking this honorable Court to grant Me
another 30 days to Pay My court fee because I am lacking
the required funds, I am still in the indigent Status
defendant
Please do allow Me additional 30 days to get the filing
fee funds of 11,63, or can I refile My Complaint on a
later date? Please don't hesitate to contact Me about
My request needs

Sincerely M. C. Williams