IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| M.C. WILLIAMS, #205 594 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-638-F |
| ARNOLD HOLT | * |
| Defendant. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before October 7, 2005 Defendant shall SHOW CAUSE for failing to comply with the court's August 5, 2005 order of procedure.

The Clerk of Court is directed to SEND a copy of this order to the Attorney General for the State of Alabama and to the General Counsel for the Alabama Department of Corrections.

Done this 27th day of September 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE