IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **M.C. WILLIAMS, #205594** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO 2:05-CV-638-F |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, Arnold Holt, by and through the undersigned counsel and move for an extension of time of twenty-eight (28) days to file an Answer and Written Report the Court's Order of March August 5, 2005 and for grounds states as follows:

1. For reasons unknown to the undersigned, ADOC did not forward the above referenced lawsuit to the Attorney General's Office until October 3, 2005.

2. This matter was assigned to the undersigned on October 3, 2005 and no preparations have been made to secure an affidavit from the defendant or any relevant documents needed to adequately respond to the plaintiff's claims.

3. No party will be prejudiced by such and extension.

                Respectfully Submitted,

                /s/ Jeffery H. Long
                Jeffery H. Long
                Assistant Attorney General

## **CERTIFICATE OF SERVICE**

   I certify that I have on this the 6th day of October, 2005, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

MC Williams, #205594
Bullock Correctional Facility
PO Box 5107
Union Springs, AL 36089

                /s/ Jeffery H. Long
                Jeffery H. Long

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433