IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| M.C. WILLIAMS, #205 594 | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION NO. 2:05-CV-638-F |
| ARNOLD HOLT | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, it is ORDERED that:

1. Defendant's motion (Doc. No. 11) is GRANTED; and

2. Defendant is GRANTED an extension from September 13, 2005 to November 2, 2005 to file his answer and written report.

Done this 6th day of October 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE