IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C. WILLIAMS, #205 594 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:05-CV-638-F |
| STATE OF ALABAMA, et al., | * | |
| Defendants. | * | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Arnold M. Holt, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Arnold M. Holt, and I am presently employed as a Correctional Warden III, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Inmate Michael Thomas, #228564-S, assaulted Williams here, 4-6-05. See attached Incident Report #BCCF:05-437.

Williams complains that no Officer was in the dorm where and when this happened. He says I refused to let him file a 1st degree assault charge on Thomas. He says Thomas cut him with a knife. He complains that I let Thomas be transferred without Thomas being punished for his assault. He complains of a lack of investigation of the assault.

EXHIBIT 1

Page 2

I have attached here our Roster of the Shift then on duty. This and the Incident Report show that Officer R. Ellis was immediately present in the area and promptly responded. The Incident Report shows two other Officers were immediately on the scene. We promptly secured Williams.

Inmates may, and regularly do, inform Investigations and Intelligence Division (I & I). Williams could. I would not interfere. I do not recall Williams asking for charges against Thomas.

See our report (#BCCF:05-437), previously mentioned and attached, of this incident – the assault on Williams. This shows our investigation. There was no weapon.

I have attached here a report, DISC: #05-437, of our disciplinary action with Williams' assailant, Thomas. This shows our punishment of Thomas.

I have attached here reports of our execution of Thomas' segregation penalty: Segregation Review Checklist, etc.

I have attached here the report of Thomas' transfer from Bullock Correctional Facility, after his punishment.

I have not done Williams any wrong.

Arnold M. Holt, Correctional Warden III
Bullock County Correctional Facility

Page 3

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _12th_ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009 .

SEAL

STATE OF ALABAMA
BOARD OF CORRECTIONS
INSTITUTIONAL INCIDENT REPORT

| 1. Institution: BULLOCK COUNTY CF | 2. Date: 4-6-05 | 3. Time: 1:35 a.m. | 4. Incident Number: BCCF: 05-437 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Dormitory #23 on Bed #46 | | 6. Type of Incident: Rule #31, Assault on Another Inmate | |
| 7. Time Incident Reported: 1:37 a.m. | | 8. Who received Report: Sgt. Cedric Smith | |

9. Victim:
   a. ___M.C. Williams___    No. __BM/205594__
      (type full name)

   b. _____    No. _____
      (type full name)

| 10. Suspects: | | 11. Witnesses: | |
|---|---|---|---|
| a. Michael Thomas  No. WM/228564 | | a.  N/A  No. | |
| b.  No. | | b.  No. | |
| c.  No. | | c.  No. | |
| d.  No. | | d.  No. | |
| e.  No. | | e.  No. | |
| f. | | | |

RECEIVED APR 1 5 2005 LSH

Physical Evidence:
12. Type of Evidence: ___N/A___

13. Description of Evidence: ___N/A___

14. Chain of Evidence: ___N/A___
   a.
   b.
   c.
   d.
   e.

15. NARRATIVE SUMMARY: On 4/6/05, at approximately 1:35 a.m., Officer Darrel McClain, Cubicle #4 Operator, observed inmate M.C. Williams, BM/205594, bleeding from his nose and both eyes swollen, standing in the hall. Officer McClain questioned inmate Williams about what happened. Inmate Williams responded by stating, "Inmate Michael Thomas (WM/228564) hit me in my sleep." At approximately 1:37 a.m., Officer McClain radioed Sgt. Cedric Smith to respond to Cubicle #4. At approximately 1:38 a.m., Officer McClain radioed Officer Robbie Ellis, Dorm #22 and #23 Rover, to respond to Cubicle #4. Officer McClain informed Officer Ellis of the incident. At approximately 1:38 a.m., Officer Mark Wilson responded to Dorm #23 to question inmate Thomas, the inmate suspected in assaulting inmate Williams. At approximately 1:40 a.m., while Officer Robert Washington, Cubicle #3 Operator, was on break, also responded to Cubicle #4 and escorted inmate Williams to the Infirmary. At approximately 1:40 a.m., Nurse Jane Cawthorne completed a body chart on inmate Williams (see attached) and consulted with Dr. Tahir Siddiq, the On-Call Physician, to determined if inmate Williams should be transferred to Bullock County Hospital. At approximately

| Distribution: Original to I & I Division | Annex A (page 1 of 2) |
|---|---|
| Copy to Institutional File | ADOC Form 601 Revised 4-6-99 |
| Copy to Central Records | AR 302 – April 6, 1999 |

CONTINUATION SHEET

| | |
|---|---|
| Institution: Bullock County CF | Incident Number: BCCF: 05-437 |
| Date: 4-5-05 | Type of incident: Rule #31, Assault on Another Inmate |

PAGE 2

1:43 a.m., Officer Ellis escorted inmate Thomas to the Shift Commander's office. At approximately 1:45 a.m., Officer McClain escorted inmate Thomas to the Infirmary lobby area and instructed him to sit on the bench while being observed by Officer McClain. At approximately 2:08 a.m., the Emergency Medical Technicians, Johnny Massey and John Helms entered the Infirmary. At approximately 2:13 a.m., EMT's departed the Infirmary with inmate Williams, escorted by Officer Washington. At approximately 2:16 a.m., Officer Paul Phillips, in Chase Vehicle #2040, departed Bullock County Correctional Facility, providing ambulance security. At approximately 2:20 a.m., Nurse Cawthorne examined inmate Thomas and then released him (see attached body chart). At approximately 2:40 a.m., Sgt. Smith and Officer McClain escorted inmate Thomas to Segregation and placed him in Cell #12, pending investigation for violation of Rule #31, Assault on Another Inmate. At approximately 2:50 a.m., Officer McClain questioned several inmates from Dorm #23. Inmates witnessed inmate Thomas striking inmate Williams several times with his fists while inmate Williams slept. Sgt. Smith then questioned inmate Thomas, inmate Thomas did admit to assaulting inmate Williams while he slept because inmate Thomas thought inmate Williams was masturbating on him while he showered. At approximately 2:25 a.m., Capt. Sylvester Nettles, On-Call Supervisor, was notified of the incident. No further action was taken.

_Darrel McClain, COI_
Darrel McClain, Correctional Officer I

ANNEX B

PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Bullock |  |  |
|---|---|---|---|---|
| 4/6/05 | 0140 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL | ☐ EMERGENCY ☐ OUTPATIENT |

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97.6  ORAL/RECTAL  RESP 20  PULSE 84  B/P 148/98  RECHECK IF SYSTOLIC <100> 50 /

**NATURE OF INJURY OR ILLNESS:**

S - A white guy came up while I was asleep and cut my nose with a razor.

O - Has 1/2 moon shaped cut on Rt side of nostril. Cut gapped open.

A - Alteration in comfort due to cut on nostril

P - Place dsg on nose and send to Bullock ER for sutures

**PHYSICAL EXAMINATION**

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION / SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS:** Laceration Rt nostril

**INSTRUCTIONS TO PATIENT:** Hold pressure to nose

**DISCHARGE DATE:** 4/6/05   **TIME:** 2:20 AM   **RELEASE/TRANSFERRED TO:** Bullock Hosp   ☐ DOC ☐ AMBULANCE ☐

**CONDITION ON DISCHARGE:** ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

**NURSE'S SIGNATURE:** Hawthorn RN   **DATE:** 4/6

**PHYSICIAN'S SIGNATURE:**   **DATE:**   **CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Williams, MC

**DOC#** 265594   **DOB** 12/20/57   **R/S** B/M   **FAC.** Bullock

PHS-MD-70007

**PHS** — PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

DRAW 02:20 AM
01:40

**ADMISSION DATE:** 4/6/05
**TIME:** DRAW 0220 AM/PM (crossed out)
**ORIGINATING FACILITY:** Bullock
☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____
☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 102° ORAL/RECTAL    RESP. 20    PULSE 100    B/P 110/78    RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS:**

S - He masturbated on me the other night - So I waited until he went to sleep and grabbed him behind the neck and punched him - Then he got up and started coming after me and I punched him again - I don't know how he got the cut on nose, maybe hit the bed

O - Has small scratch over

**PHYSICAL EXAMINATION:**
Rt eyebrow and a longer scratch on upper Ⓡ forearm c̄ reddened area over the scratch c̄ skin not broken. Has swollen knuckles Rt hand

A - Alteration in comfort due to altercation c̄ another inmate

P - Turn over to officers to return to population

**ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION/SUTURES**

(Body diagram: "Scratches" noted on torso/arm; profile view showing "Scratch" over eyebrow; hands showing "swollen knuckle")

PROFILE RIGHT OR LEFT
RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS:**
Motrin 800 mg PO    **TIME:** 0230    **BY:** Cau

**DIAGNOSIS:** Scratches and swollen Rt Knuckles

**INSTRUCTIONS TO PATIENT:** 03:10 AM / DRAW 02:20 (crossed out)

**DISCHARGE DATE:** 4/6/05    **TIME:** DRAW 0240 AM (crossed out)
**RELEASE / TRANSFERRED TO:** ☑ DOC ☐ AMBULANCE ☐ ____
**CONDITION ON DISCHARGE:** ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

**NURSE'S SIGNATURE:** Sue Cauthon RN  **DATE:** 4/6
**PHYSICIAN'S SIGNATURE:** ____  **DATE:** ____  **CONSULTATION:** ____

**INMATE NAME (LAST, FIRST, MIDDLE):** Thomas, Michael
**DOC#:** 228564    **DOB:** 11/1/82    **R/S:** W/M    **FAC.:** Bullock

ALABAMA DEPARTMENT OF CORRECTIONS
CENTRAL COMMUNICATIONS INCIDENT REPORT

April 6, 2005

Type of Incident:   Inmate Transport

Institution:   BULLOCK CO. CORR. FAC.

Victim (s)   WILLIAMS, M.C.   AIS# 205594   R/S   BM   DOB _____
            _____                AIS#: _____   R/S: _____   DOB: _____

Suspect (s):   THOMAS, MICHAEL   AIS#: 228564   R/S   WM   DOB: _____
              _____              AIS#: _____   R/S: _____   DOB: _____

Sentenced From:   Mobile                    Date of Sentence   4-9-03

Crime:   Murder I                           Length of Sentence:   LIFE

Date:   April 6, 2005   Time:   1:35AM      Location:   Dorm # 23

BRIEF SUMMARY: On April 6, 2005, at approximately 1:35 AM, Officer Darrell McClain (Cubicle IV Operator) was approached by inmate M.C. Williams B/205594. Inmate Williams stated to Officer McClain, "I've been hit while I was sleep." Inmate Williams was bleeding from the nose and his eyes were swollen. Officer McClain radioed Sgt. Cedric Smith to report to Cubicle IV. Officer Robert Washington was on break from Cubicle III and assisted with the incident. He escorted inmate Williams to the infirmary for treatment. Officers Robbie Ellis and Mark Wilson entered dormitory #23 and escorted inmate Michael Thomas W/228564 to the shift office. He was a suspect in this incident. At approximately 1:40 AM, Nurse Jane Cawthorn saw inmate Williams. Dr. Raphel Siddiq, who was the on-call doctor, was notified. Dr. Siddiq instructed Nurse Cawthorn to have inmate Williams transported to Bullock County Hospital. At approximately 2:08AM, emergency technicians, Johnny Massie and John Helms entered the facility. At approximately 2:13AM, the EMT's departed with inmate Williams. Officer Robert Washington rode in the ambulance while Officer Paul Phillips followed in 2040. Inmate Michael Thomas was questioned By Sgt. Cedric Smith. He admitted to assaulting inmate Williams. At approximately 2:20AM, inmate Thomas was seen in the infirmary by Nurse Cawthorn and released to Segregation Cell #12 pending investigation for Rule Violation #31- Assault on another Inmate. Captain Sylvester Nettles was notified at approximately 2:25AM.

OFFICER REPORTING INCIDENT: Cedric Smith COII        DATE:   4-6-05        TIME:   7:55AM
RECEIVER OF REPORT: _____            DOC COMMUNICATION DIV.
DEP. COMMISSIONER: _____             DATE: _____   TIME: _____
INST. COORDINATOR: _____             DATE: _____   TIME: _____
INVESTIGATIONS: _____            DATE: _____   TIME: _____
COMM. CORR. DIR.: _____            DATE: _____   TIME: _____
CENTRAL RECORDS: _____            DATE: _____   TIME: _____

# FEMUR DUTY ROSTER

DATE: APRIL 5, 2005        SHIFT: THIRD

*By my signature below, I acknowledge that I understand the operational procedures and accept full responsibility of my assigned post.

| POST | NAME | *SIGNATURE | TIME | REMARKS |
|---|---|---|---|---|
| SHIFT COMMANDER | LT. B. MARCUS | B. Brenda Marcus | 9:28 | |
| SHIFT SERGEANT | | | | |
| SHIFT SERGEANT | SGT. C. SMITH | | 931 | |
| CLERK | S. Johnson | S. Johnson | 9:59 | |
| CENTRAL CONTROL | A. CALDWELL | A. Caldwell | 958 | |
| INFIRMARY | N. FLOYD | N. Floyd | 957 | |
| SOUTH HALL ROVER | | | | |
| CUBICLE I | J. ELLIS | J. Ellis | 9:48 | |
| SEGREGATION ROVER | C. YOUNG | Young | 959 | |
| SEGREGATION ROVER | | | | |
| DORM #1 | P. PHILLIPS | PP | 9:57 | Drug testing |
| DORM #2 | | | | |
| DORM #3 | D. WARE | D. Ware | 9:59 | OUTER FENCE CHECK |
| DORM #4 | | | | |
| DORM #5/6 | T. BLAKELY | Blakely | 9:55 | |
| DORM #11 | | | | |
| DORM #7/8 | | | | |
| DORM #9 | J. CHARLES | J. Charles | 9:54 | Kit exit door |
| DORM #10 | | | | |
| CUBICLE II | A. REEVES | A. Reeves | 9:54 | |
| DORM #12 | M. Wilson | Wilson | 9:55 | |
| DORM #13 | | | | |
| DORM #14 | M. Austin | M. Austin | 9:59 | |
| DORM #15 | | | | |
| CUBICLE III | R. WASHINGTON | R. Washington | 957 | |
| DORM #16 | S. HILLMAN | S. Hillman | 9:50 | Kit spoon lid |
| DORM #17 | | | | |
| DORM #18 | M. HOWARD | Howard | 9:55 | |
| DORM #19 | | | | |
| CUBICLE IV | D. MCCLAIN | D. McClain | 9:45 | OT 8 Hrs. |
| DORM #20 | M. Wilson | | | |
| DORM #21 | | | | |
| DORM #22 | R. ELLIS | R. Ellis | 952 | Kit int door |
| DORM #23 | | | | |
| TOWER | E. KIMBER | | | |



| BOB RILEY<br>GOVERNOR | STATE OF ALABAMA<br>DEPARTMENT OF CORRECTIONS<br><br>MONTGOMERY, ALABAMA 36130<br><br>BULLOCK CO. CORRECTIONAL FACILITY<br>HWY. 82 EAST, P. O. BOX 5107<br>UNION SPRINGS, ALABAMA  36089 | DONAL CAMPBELL<br>COMMISSIONER |

DETENTION NOTIFICATION

To inmate _Michael Thomas_     R/AIS# _W/228564_ :

This is to inform you that you are presently being investigated by _Sgt. Cedric Smith_ for _Rule Violation #31 - Assault_
(Supervisor's Name)              (Describe in detail the reason)
_on Another Inmate / Pending an Investigation_
(actions for placement in detention/investigation status)

_____

_____

As a result of this, we are placing you in a single cell pending completion of the investigation and/or evaluation. You are hereby notified that this investigation/evaluation may take longer than 72 hours. At the end of the 72 hour period, you will either receive additional notification or be released from the single cell. The 72 hour period excludes all holidays and weekends. By your signature below, you acknowledge receipt of a copy of this notice.

_Michael Thomas / 4-6-05_
Inmate's Signature / Date / Time

_[signature]  4/6/05_            _C. Young COI  4-6-05  2:52 a~_
Shift Commander's Signature / Date     Serving Officer's Signature / Date / Time

Time Served: _2:52 a~_

----

****CHECK APPROPRIATE BOX(ES) BELOW TO INDICATE PLACEMENT STATUS****
     [✓] Investigation for violation of rules/regulations
     [ ] Mental Health Evaluation
     [ ] Medical Evaluation
     [ ] Suicide Watch
     [ ] Pending placement in Protective Custody
     [ ] Pending reclassification

----

cc: Segregation Commander
    Inmate Concerned
    Segregation File
    Institutional File

BULLOCK COUNTY CORRECTIONAL FACILITY SEGREGATION SINGLE CELL STATUS SHEET
TIME/DATE COMPLETE 25/05 6:56 AM TOTAL BEDS EMPTY 11 SMI 11 OTHER 8 TOTAL 19

| CELL | | INMATE'S NAME | RACE/AIS | STATUS | STATUS DATE | DATE PLACED IN UNIT | RELEASE DATE | # | REASON FOR STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 15 | T | THOMAS, MICHAEL | W/228564 | DISC | 4/12/05 | 4/6/05 | 5-27-05 | 31 | ASSAULT ON ANOTHER INMATE |
| | B | | | | | | | | |
| 16 | | HEARD, CLIFFORD | B/216972 | DISC/MAX | 12-25-04 | 12-21-05/CONT.. 04-29-05 | 06-18-05 | 31,64,74 90 | ASSAULT ON ANOTHER INMATE/POSSESSION OF CONTRABAND GAMBLING/USE OF OR UNDER INFLUENCE |
| 17 | T | LEE, GREGORY | B/184070 | DISC | 5-17-05 | 5-05-05 | 6-30-05 | 29 | ASSAULT ON A DOC OFFICIAL |
| | B | PARKER, FRANK | B/109225 | ADMIN/SMI/CLOSE | 12/07/05 | 11/22/05 | P.T./PDA | 31 | PENDING TRANSFER |
| 18 | | KIEL, ARVEL | B/212625 | DISC/SMI | 05-02-05 | 05-01-05 | 9-14-05 | 38 x2 | INDECENT EXPOSURE / EXHIBITIONISM |
| 19 | T | ADAIR, CURTIS | B/112771 | ADMIN | 05-24-05 | 05-24-05 | 05-27-05 | 56 | FAILURE TO OBEY A DIRECT ORDER |
| | T | | | | | | | | |
| 20 | B | GOSHA, WILLIAM | B/220048 | DISC | 05-24-05 | 05-16-05 | 07-05-05 | 91 | CONSPIRACY TO COMMIT VIOLATION OF DEPT. RULES |

BULLOCK COUNTY CORRECTIONAL FACILITY INFIRMARY SINGLE CELL STATUS REPORT

DATE COMPLETED 5-25-05 TIME COMPLETE 7:30AM TOTAL BEDS EMPTY 7 SMI 1 OTHER 0 TOTAL 1

| CELL | INMATE'S NAME | RACE/AIS | STATUS | STATUS DATE | DATE PLACED IN UNIT | RELEASE DATE | # | REASON FOR STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | DOTSON, HARVEY | B/236842 | SMI | 05-24-05 | 05-24-05 | | | MENTAL HEALTH OBSERVATION |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |

## SOCIAL SERVICE ACTION

NAME: __Michael Thomas__   AIS: __228564S__   R&S: __W/M__ .

INSTITUTION: __BCF__   CUSTODY: __MED9__ .

ACTION:   Rescind: _____

Amend: _____

Transfer: From __BCF__   To: __Ventress__

Custody: From _____   To: _____ .

ENEMY: __None__ .

REASON(S)

(S) is being swapped out with Ventress 05/26/05 due to an enemy situation.

Warden to Warden swap.

Coordinated between M. Fulghum - BCF and M. Bruton - VCF.

BCF to Transport.

DATE: __05/25/05__       APPROVED: __Wardens__ .
   M. Fulghum              ORIGINAL TO: __TAS__
   Class Spec              CC: INST FILE

N 258

```
     A I S NUMBER : 00228564S        COMMITMENT NAME : THOMAS, MICHAEL SCOTT
SEQ#    DATE      TYPE FRM-INST-DRM  TO-INST-DRM   RECPT-DT   PRLRVK-DT   REL-TYPE
013    05-26-2005   T    045-00        043-00
012    05-25-2005   T    045-SC        045-00
011    05-25-2005   T    045-SC        045-SC/AS/SC
010    04-08-2005   T    045-SC        045-SC/AS/SC
009    04-05-2005   T    045-00        045-SC/AS/SC
008    08-02-2004   T    045-DP        045-00
007    05-27-2004   T    045-00        045-DP
006    05-07-2004   T    045-SC        045-00
005    04-28-2004   T    045-00        045-SC/AS/SC
004    12-19-2003   T    045-DP        045-00
003    12-16-2003   T    045-00        045-DP
002    06-26-2003   T    017-00        045-00
001    06-12-2003   T    249-00        017-00
```

*[Handwritten annotations:]* 45 = BCF
43 = Ventress CF

# Blackledge, Charles

**From:** Blackledge, Charles
**Sent:** Tuesday, August 16, 2005 1:46 PM
**To:** Classification, Ventress
**Subject:** Michael Thomas 228564.

He assaulted M.C.Williams 205594 at the BCF on 4-6-05. See IR # 5-437. Please, at your earliest convenience this week, review his file for documentation related to that assault. Then, as to whether we considered reclassing him for the assault, whether there is a Reclass Notice, even handwritten, whether there is a Living Agreement between him and Williams, or any reference to such an agreement being considered through the time of Thomas release from the BCF Seg, about 5-25, please U.S.Mail to me copies of every such document as well as his Disc Report for that assault and his Seg Review Checklist F 92.     Thank you, CSB/ Class, Bullock CF.

1

DOC Form 225B (Revised 7/92)

DISC: #05-437
BCCF: #05-437

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. INMATE: Michael Thomas     CUSTODY: MED-9     AIS: WM/228564

2. FACILITY: BULLOCK COUNTY CORRECTIONAL FACILITY

3. The above inmate is being charged by Officer Darrel McClain with a violation of Rule Number 31 specifically Assault on Another Inmate from regulation # 403, which occurred on or about April 6, 20 05 at (time) 1:35 (am/~~pm~~) Location: Dormitory #23 on Bed #46.
A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, inmate Michael Thomas, WM/228564, did strike inmate M.C. Williams, BM/205594, several times with your fist while inmate Williams slept.

5. Darrel McClain, COI
   Arresting Officer/Signature/Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate on this the 7 day of April, 20 05 at (time) 11:30 (am/pm).

7. Eric Williams, COI     Michael Thomas 228564
   Serving Officer/Signature/Rank     Inmate's Signature/AIS Number

8. Witnesses desired? NO Michael Thomas     YES _____
   Inmate's Signature     Inmate's Signature

9. If yes, list: _____

10. Hearing Date 4-9-05   TIME 1:55 Am   PLACE Seg. Cell #14
11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.
12. A finding is made that inmate (is) is not ) capable of representing himself.

    Signature/Hearing Officer

13. Plea: _____ Not Guilty   Michael Thomas 228564 Guilty
14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    Signature/Hearing Officer

15. Arresting Officer's testimony (at the hearing): None needed due to inmate's plea of guilty.

Annex C of AR 403 (Page 1 of 3)

16. Inmate's Testimony: <u>No statement, inmate Thomas plead guilty.</u>

Witness: <u>   N/A   </u>    Substance of Testimony: ____

Witness: <u>   N/A   </u>    Substance of Testimony: ____

Witness: <u>   N/A   </u>    Substance of Testimony: ____

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.
    Signature/Hearing Officer

18. The following witnesses were not called — Reason not called
    1. <u>   N/A   </u>
    2. ____
    3. ____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that: <u>On 4/6/05, at approximately 1:35 a.m., in Dorm #23, Bed #46, inmate Michael Thomas, WM/228564, did strike inmate M.C. Williams, BM/205594, several times with his fist while inmate Williams slept.</u>

20. Basis for Findings of Fact: <u>The hearing officer accepts the plea of guilty from the inmate being charged.</u>

21. Hearing Officer's Decision:  <u>  X  </u> Guilty    <u>  X  </u> Major
                                  ____ Not Guilty  ____ Minor

22. Recommendation of Hearing Officer: <u>30 days loss of store, visiting, phone use privileges, and confine to Segregation for 45 days.</u>

    Signature/Hearing Officer
    <u>BRUCE HAMPTON, COI</u>
    Type Name and Title

23. Warden's Action / Date  4-12-05
    Approved
    Disapproved
    Other (Specify)

24. Reason if more than 30 calendar days delay in action. ____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this <u>12th</u> day of <u>April</u>, 20 <u>05</u>, at (time) <u>11:40</u> (am/pm).

    Signature/Serving Officer/Title            Inmate's Signature/AIS Number

## SEGREGATION REVIEW CHECKLIST

NAME  Michael Thomas    AIS 228564-S   R & S _____    DATE 4-6-05

1. Disciplinary Record
2. Past Criminal Record
3. Past Institutional Record
4. Psychological Make-up
5. Involvement in Criminal Activities While Incarcerated
6. Institutional Work Record
7. Adjustment to Institutional Programs
8. Institutional Living Adjustment
9. Attitude Toward Authority
10. Subsequent Disciplinary While in Segregation
11. Length of Time Served

ADDITIONAL FACTORS
1. General housekeeping of living area
2. Compliance with regulations concerning personal appearance
3. Cooperativeness during searches
4. Movement to and from exercise
5. Return of eating utensils
6. Relation to other inmates and to staff

Purpose of the Review  Dis EOS = 5-27-05     Staff Participants

_____  Disciplinary Hearing _____

_____  Disciplinary Review _____

_____  Institution Board _____

_____  Department Board _____

Other Information Considered and/or Persons Interviewed (List)

Final Decision:

BOC No. 92, Rev. 5-79   N 092

To: Leg.

5/25/05

From: ISRB

Warden Holt Approves:

Releases:

#6) Greg Dubose #190408 / to Gen. Pop., on Probation

#9) Donnie Steverson #213110 / to Gen. Pop., on Probation

#12) Theodore Ethridge #236775 / to Gen. Pop.

#13) Kerry Walker #229443A / Living Agreement / to Gen. Pop. on Probation

#15) Michael Thomas #228564 / Living Agreement / to Gen. Pop.

Norman Goodloe #233827 / to Probation / MH Dorm

#17) Roderick Farris #230398 / Living Agreement / Gen. Pop. on Probation

#20) Damien Larkin #230758 / to Gen. Pop.

OK  [signature] 5/25/05



STATE OF ALABAMA

**Bob Riley**
GOVERNOR

DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130
BULLOCK CO. CORRECTIONAL FACILITY
HWY. 82 EAST, P. O. BOX 5107
UNION SPRINGS, ALABAMA 36089

Donal Campbell
COMMISSIONER

5/25/05
Date

MEMORANDUM

From: _Capt S Nettles / Officer T Ruffin_

To: Arnold Holt, Warden III

Re: Living Agreement/ Compatibility Form

This is to acknowledge that we have discussed our disagreement this date with _Capt Nettles / Officer H Ruffin_. By our signatures below, we relieve any and all Department of Corrections Officials of any liability and/ or damages. We acknowledge that our problem has been resolved and that we can live in this institution without further incident and/ or disagreement between us. This statement is made of our own free will, without threats or promises from anyone.

_Michael Thomas_  5-25-05
Inmate's Signature    Date

_MICHAEL THOMAS  228564_
Printed Inmate's Name    AIS #

_M. Foster C.T._
Witness

_____
Inmate's Signature    Date

_____
Printed Inmate's Name    AIS #

_____
Witness

Cc: Institutional File (2)

**Bullock CF**

## 24 HOUR ADVANCE NOTIFICATION
## OF PENDING RECLASSIFICATION

TO: Michael Thomas   228564-5   _____   4-15-05
    NAME              AIS#        R/S      DATE

Notice of Reclassification: This is to inform you that on or after the _____ day of _____, 20___, you will ~~_____~~ be considered for a change in custody and/or institutional assignment because:

(S) was put in seg 4-6-05 under the charge of Assault. The assault is described in Disc Report #5-437. The report gives a good basis for a Reclass to at least Adm. Seg. But all things considered, including that (S) custody is Medium, the penalty for the act includes 45 days segregation, and the absolute improbability that (S) would be timely transferred to a more restrictive classification, I judge no Reclass should be done. C/S Rutledge / Cl Supr.

4-6 Ass

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

                                                                    NA

_____   _____   _____
NAME OF SERVING OFFICER             DATE          WITNESS

I understand that this is my notice of a reclassification meeting to determine changes in placement and /or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on _____
                                                                    DATE

at _____.
      TIME
                                              _____
                                              SIGNATURE OF INMATE   AIS#

WITNESSES REQUESTED BY INMATE:                          NONE
_____

_____

DISTRIBUTION:  INMATE/INSTITUTIONAL FILE/CENTRAL FILE