RECEIVED
2005 NOV 17
DEBRA P. HACKETT CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA.
NORTHERN DIVISION

M.C. WILLIAMS # A.I.S. 20.55.94.     *     CIVIL ACTON N°.
       Plaintiff     *     2:05-CV-638-F
V.     *
    *
STATE OF ALABAMA     *
       Defendant     *
    *

Response to the special report and supporting evidentiary Materials, __AFFIDAVIT__

Comes now the Plaintiff M.C. Williams.

Before Me, the undersigned authority, a Notary Public in and for said County, and State of Alabama at large, Personally appeared M.C. Williams, Who being Known to Me, and being by Me first duly sworn, deposes and says under oath as follows:

My name is M.C. Williams, and I am presently serving a fifteen Years conviction at Bullock County Correctional facility, Post office Box #5107, Union Springs, Alabama 36089, I am over twenty-one (21), years of age,

(CONTTNUE ON PAGE TWO)

Page #2

## AFFIDAVIT CONTINUE

M.C. Williams #20.55.94.

On April 6, 2005, I was asleep, in my assign bed in dormitory #23 where I was assaulted by inmate Michael Thomas #A.I.S.22.85.64, for a probable cause, I believe, and witnessed inmate Michae Thomas, with a box cutter, razer type knife, in his right hand. Inmate Thomas, cut me in my face across my nose with the deadly weapon of a knife cutting me within my face and stabbing at me with a knife, while Michael Thomas, and I was fighting another inmate picked the knife up off of the floor before a correctional officers came into the dormitory, there was not a correctional officer in dormitory #23 when Michael Thomas, assaulted me! I had to go out into the hall way to wake up the officer in the Cubicle IV where officer: Darrell McClain, were assigned to work, I had to run out of the dormitory to find a officer for help. (see) Exhibit number three (3).

On April 6, 2005, I was questioned and investigated by Sgt. Cedric Smith, I requested to Sgt. Smith, that I wanted to file a criminal complaint charge against inmate Michael Thomas, for assaulting me with a knife,

(CONTINUE ON PAGE THREE)

Page #3

M.C. Williams #20.55.94.

Sgt. C. Smith, stated to me that he would pass this information request on to Warden: Holt,

A, few days later I approached the asst, Ward: Boyd, about my request for a criminal complaint charge that I want to bring against inmate Michael Thomas, at that time Ward: Boyd, told me to get fuck out of his face stating I don't give a dam about what happen to a fool like you!

I, also talked with Warden: Holt, in the hall way about my request rights to file a criminal complaint charge against inmate Michael Thomas,
I asked Warden: Holt, to have me transferred to the Bullock County Circuit Court Clerk office, or have the documents for a criminal complaint warrant affidavit brought to me by a legal officials, Warden: Holt, told me that he couldn't do anything and it was out of his hands to deal with my personal problems,

Warden: Holt, violated my fundamental constitutional rights to use the court system, my rights is based on the first, fifth and fourteenth, Amendments to the constitution of the united states, and the Alabama Constitution,

( CONTINUE ON PAGE four)

Page #4.

M.C. Williams #20.55.94.

I, have the rights to file papers and communicate with Court, Lawyers, Legal Workers, and the Media, (see, In 1977, the Supreme Court held in a case called Bounds V. Smith, 430 U.S. 817 (1977), that Prisoners have a fundamental Constitutional right of access to the Courts, this right of access requires prison authorities to help prisoners prepare and file Meaningful legal papers in one of two ways, they can give me access to a decent law library, or they can hire people to help with cases and complaints,
(see). Supreme Court Case, Lewis V. Casey, 518 U.S. 343 (1996), which held that prisoners have to show an actual injury, Please see (Exhibit number one(1), and Exhibit number two(2). A body chart document from the Bullock County Medical infirmary, then to the Bullock County Medical hospital, Please read these two statements of evidence, Exhibit number two will show a evidence of proof that there was not a correctional officer in dormitory #23 to witness the assault fight, on April #6 2005, none of the correctional officers conducted a search to try and find the weapon of a knife, Exhibit(3), is a proof of where the officers was not at for evidence, Where is the hospital report from the Bullock County doctors statement, (CONTINUE ON PAGE Five)

Page #5.

M.C. Williams #20.55.94.

Warden: Holt, did violate my constitutional rights when he refuse me access to the Bullock County Circuit court, I request to have criminal charges brought against inmate Michael Thomas, I still today want to have a complaint warrant against Michael Thomas,

Warden: Holt, violated my due-process of law when he denied me free access to the court system, there is not a "grievances" system within the department of corrections for inmates to have a opportunity to use their rights towards a complaint,

Warden: Holt, is responsible for the safety of all inmates at Bullock Correctional, Warden: Holt, is responsible for the lack of security officers at Bullock Correctional, Warden: Holt, is responsible to give inmates adequate access to the out side court system for legal preparations, I was not allowed to testify at Michael Thomas, disciplinary hearing to testify about the knife he use to assault me fave within my statement of complaint, affidavit,

The Attorney general office already have copies of the exhibits of number one(1), and exhibit number two(2), and exhibit number three(3).

( CONTINUE ON PAGE SIX)

Page #6.
M.C. Williams #20.55.94.

## CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests this court to enter summary judgement in his favor.

Respectfully submitted,

_M.C. Williams #205594_
P.O. BOX #5107 - DORM 2 BED 2.
UNION SPRINGS, AL 36089

## CERTIFICATE OF SERVICE

I, Certify that I have on this the day 16th of November #2005, file the foregoing with the Clerk, and with the office of the Attorney general, by Placing and sered a copy to each by the United States Mail, Postage Pro Paid, and Properly addressed as follows:

| | |
|---|---|
| Delores R. Boyd | Troy King |
| Office of the Clerk | Office of the Attorney General |
| United States District Court | Alabama State House |
| P.O. Box #711 | 11 South Union Street |
| Montgomery, ALABAMA 36101-0711 | Montgomery, AL 36130 |

Page #7.

M.C. WILLIAMS #20.55.94.

SWORN TO AND SUBSCRIBED before me and given under my hand official seal on this ___16th___ day of November, #2005.

_Nontary Service not available_
NOTARY PUBLIC

MY COMMISSION EXPIRES: ___NA___

SEAL.

WITNESSES:

Walter Frazier
Frank Ray
Troy W Payton,