**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY    Exhibit #1

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | | |
|---|---|---|---|---|
| 4/6/05 | 0140 AM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ ___ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.6 ORAL/RECTAL  RESP. 20  PULSE 84  B/P 148/98  RECHECK IF SYSTOLIC <100> 50 ___

**NATURE OF INJURY OR ILLNESS**

S - A white guy came up while I was asleep and cut my nose with a razor.

O - Has ½ moon shaped cut on Rt side of nostril. Cut gapped open.

A - Alteration in comfort due to cut on nostril.

P - Place dsg on nose and send to Bullock ER for sutures.

ABRASION ///   CONTUSION #   BURN xx   FRACTURE Z   LACERATION / ___ SUTURE

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS:** Laceration Rt nostril

**INSTRUCTIONS TO PATIENT:** Hold pressure to nose

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE | |
|---|---|---|---|---|---|
| 4/6/05 | 2:20 AM | Bullock Hosp | ☐ DOC ☐ AMBULANCE | ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL | |

NURSE'S SIGNATURE: Hawthorn RN  DATE: 4/6

PHYSICIAN'S SIGNATURE: ___  DATE: ___  CONSULTATION: ___

**INMATE NAME (LAST, FIRST, MIDDLE):** Williams, MC

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 205594 | 12/20/57 | B/M | Bull |

PHS-MD-70007