**PHS** PRISON HEALTH SERVICES INCORPORATED

EMERGENCY    Exhibit #2

OPM 02:20 AM

| ADMISSION DATE | ORIGINATING FACILITY Bullock | ☐ SICK CALL  ☐ EMERGENCY |
| 4/6/05 | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

ALLERGIES: NKDA

VITAL SIGNS: TEMP 102° ORAL/RECTAL   RESP. 20   PULSE 100   B/P 110/78   RECHECK IF SYSTOLIC <100> 50

ABRASION ///   CONTUSION #   BURN xx   FRACTURE z   LACERATION/SUTURES

**NATURE OF INJURY OR ILLNESS**

S - He masturbated on me the other night - So I waited until he went to sleep and grabbed him behind the neck and punched him - Then he got up and started coming after me and I punched him again - I don't know how he got the cut on nose, maybe hit the bed

**PHYSICAL EXAMINATION**

O - Has small scratch over Rt eyebrow and a longer scratch on upper R forearm c̄ reddened area over the scratch c̄ skin not broken. Has swollen knuckles Rt hand

A - Alteration in comfort due to altercation c̄ another inmate

P - Turn over to officers to return to population

[body diagram showing scratches on torso, profile view, and hands showing swollen knuckles]

ORDERS / MEDICATIONS / IV FLUIDS: Motrin 800 mg PO   TIME 0230   BY Ca

**DIAGNOSIS:** Scratches and swollen Rt knuckles

**INSTRUCTIONS TO PATIENT:** 03:10 AM /DKW

DISCHARGE DATE 4/6/05   TIME 03:20 AM

RELEASE / TRANSFERRED TO: ☑ DOC  ☐ AMBULANCE

CONDITION ON DISCHARGE: ☑ SATISFACTORY  ☐ FAIR  ☐ POOR  ☐ CRITICAL

NURSE'S SIGNATURE: Que Cawthon RN 4/6

INMATE NAME (LAST, FIRST, MIDDLE): Thomas, Michael

DOC# 228564   DOB 11/1/82   R/S W/M   FAC. Bull