ALABAMA DEPARTMENT OF CORRECTIONS
CENTRAL COMMUNICATIONS INCIDENT REPORT

April 6, 2005

Type of Incident: Inmate Transport

Institution: BULLOCK CO. CORR. FAC.

Victim(s): WILLIAMS, M.C.   AIS# 205594   R/S BM   DOB _____
           _____   AIS#: _____   R/S: ___   DOB: _____

Suspect(s): THOMAS, MICHAEL   AIS#: 228564   R/S WM   DOB: _____
            _____    AIS#: _____   R/S: ___   DOB: _____

Sentenced From: Mobile                Date of Sentence 4-9-03

Crime: Murder I                       Length of Sentence: LIFE

Date: April 6, 2005    Time: 1:35AM    Location: Dorm # 23

**BRIEF SUMMARY:** On April 6, 2005, at approximately 1:35 AM, Officer Darrell McClain (Cubicle IV Operator) was approached by inmate M.C. Williams B/205594. Inmate Williams stated to Officer McClain, "I've been hit while I was sleep." Inmate Williams was bleeding from the nose and his eyes were swollen. Officer McClain radioed Sgt. Cedric Smith to report to Cubicle IV. Officer Robert Washington was on break from Cubicle III and assisted with the incident. He escorted inmate Williams to the infirmary for treatment. Officers Robbie Ellis and Mark Wilson entered dormitory #23 and escorted inmate Michael Thomas W/228564 to the shift office. He was a suspect in this incident. At approximately 1:40 AM, Nurse Jane Cawthorn saw inmate Williams. Dr. Raphel Siddiq, who was the on-call doctor, was notified. Dr. Siddiq instructed Nurse Cawthorn to have inmate Williams transported to Bullock County Hospital. At approximately 2:08AM, emergency technicians, Johnny Massie and John Helms entered the facility. At approximately 2:13AM, the EMT's departed with inmate Williams. Officer Robert Washington rode in the ambulance while Officer Paul Phillips followed in 2040. Inmate Michael Thomas was questioned By Sgt. Cedric Smith. He admitted to assaulting inmate Williams. At approximately 2:20AM, inmate Thomas was seen in the infirmary by Nurse Cawthorn and released to Segregation Cell #12 pending investigation for Rule Violation #31- Assault on another Inmate. Captain Sylvester Nettles was notified at approximately 2:25AM.

OFFICER REPORTING INCIDENT: Cedric Smith COII    DATE: 4-6-05    TIME: 7:55AM
RECEIVER OF REPORT: _____    DOC COMMUNICATION DIV.
DEP. COMMISSIONER: _____    DATE: _____   TIME: _____
INST. COORDINATOR: _____    DATE: _____   TIME: _____
INVESTIGATIONS: _____    DATE: _____   TIME: _____
COMM. CORR. DIR.: _____    DATE: _____   TIME: _____
CENTRAL RECORDS: _____    DATE: _____   TIME: _____