**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 18, 2005

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: M. C. Williams     vs.   Arnold Holt**
**Case Number: 2:05cv638-F**

**Referenced Docket Entry -    Response In Opposition- Doc. No. 15**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document.   Please see the correct PDF document to this notice.**