**PHS** (Prison Health Services Incorporated)

# EMERGENCY   Exhibit #1

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 4/6/05 | 0140 AM | Bullock   ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT | |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.6 ORAL  RESP. 20  PULSE 84  B/P 148/98  RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S- A white guy came up while I was asleep and cut my nose with a razor.

O- Has ½ moon shaped cut on Rt side of nostril. Cut gapped open.

A- Alteration in comfort due to cut on nostril.

P- Place dsg on nose and send to Bullock ER for sutures.

**PHYSICAL EXAMINATION**

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION / _____ SUTURE

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**: Laceration Rt nostril

**INSTRUCTIONS TO PATIENT**: Hold pressure to nose

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 4/6/05 | 2:20 AM | Bullock Hosp | ☐ DOC  ☐ AMBULANCE | ☑ SATISFACTORY  ☐ FAIR  ☐ POOR  ☐ CRITICAL |

NURSE'S SIGNATURE: Hawthorn RN   DATE: 4/6
PHYSICIAN'S SIGNATURE: ___   DATE: ___   CONSULTATION: ___

INMATE NAME (LAST, FIRST, MIDDLE): Williams, MC
DOC# 265594   DOB 12/20/57   R/S B/M   FAC. Bullock

PHS-MD-70007