**PHS** PRISON HEALTH SERVICES INCORPORATED

OPR 02:20 AM **EMERGENCY** Exhibit #2

ADMISSION DATE: 4/6/05  OPR TIME 02:20 AM
ORIGINATING FACILITY: Bullock
☐ SIR ☐ PDL ☐ ESCAPEE
☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES: NKDA

VITAL SIGNS: TEMP 102° ORAL/RECTAL   RESP. 20   PULSE 100   B/P 110/78   RECHECK IF SYSTOLIC <100> 50

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES

**NATURE OF INJURY OR ILLNESS**

S- He masterbated on me the other night - So I waited until he went to sleep and grabbed him behind the neck and punched him - Then he got up and started coming after me and I punched him again - I don't know how he got the cut on nose, maybe hit the bed

**PHYSICAL EXAMINATION**

O- Has small scratch over Rt eyebrow and a longer scratch on upper ® forearm c̄ reddened area over the scratch c̄ skin not broken. Has swollen knuckles Rt hand

A- Alteration in comfort due to altercation c̄ another inmate

P- Turn over to officers to return to population

ORDERS / MEDICATIONS / IV FLUIDS: Motrin 800 mg PO   TIME: 0230   BY: Ca

**DIAGNOSIS:** Scratches and Swollen Rt Knuckles

**INSTRUCTIONS TO PATIENT:** 03:10 AM OPRW 03:20 TIME

DISCHARGE DATE: 4/6/05  OPR 03:40 AM

RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE
CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE: Que Cawthon RN 4/6
PHYSICIAN'S SIGNATURE: _____ DATE _____ CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Thomas, Michael
DOC# 228564   DOB 11/1/82   R/S W/M   FAC. Bull