IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

M.C. WILLIAMS, #205594
    PLAINTIFF,

V                                        2:05-CV-638-MEF
                                             (WO)

WARDEN ARNOLD HOLT,
    DEFENDANT,

MOTION FOR EXTENSION OF TIME TO RESPOND
TO REQUEST TO ADMIT

PLAINTIFF, M.C WILLIAMS, MOVES THIS COURT FOR AN ORDER EXTENDING TO THE 19TH DAY OF JULY, 2007 THE TIME WITHIN WHICH PLAINTIFF MAY REPLY TO THE REQUEST FOR ADMISSION OF FACTS AND OF GENUINENESS OF DOCUMENTS SERVED UPON HIM BY DEFENDANT ON THE 22ND DAY OF JUNE, 2007 ON THE GROUNDS THAT PLAINTIFF RECEIVED HIS BRIEF LATE IN ORDER TO SHOW CAUSE TO DEFENDANT'S MOTION.

1). PLAINTIFF IS CURRENTLY HOUSED AT THE BULLOCK COUNTY CORRECTIONAL FACILITY AND DUE TO BEING LOCKED DOWN HAS NOT HAD THE ADDITIONAL TIME TO PREPARE ANY FACTS TO HIS BRIEF IN SUPPORT OF DEFENDANT'S ALLEGATIONS AGAINST HIM

WHEREFORE, THE PREMISES IS CONSIDERED PLAINTIFF ASK THIS COURT TO GRANT THE EXTENSION OF TIME FOR THE RELIEF SOUGHT.

RESPECTFULLY SUBMITTED,

*M C. Williams*
M C WILLIAMS, PLAINTIFF
BCCF POST OFFICE BOX 5107
UNION SPRINGS, AL 36089

## CERTIFICATE OF SERVICE

I, M C WILLIAMS HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE MOTION FOR EXTENSION OF TIME TO RESPOND TO REQUEST TO ADMIT UPON THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA THIS  5th  DAY OF JULY, 2007 VIA UNITED STATES MAIL WITH PROPERLY POSTAGE, BY PLACING SAME IN THE LEGAL MAIL BOX HERE AT THE BULLOCK COUNTY CORRECTIONAL FACILITY.

RESPECTFULLY SUBMITTED,

M C. Williams
MC WILLIAMS, PLAINTIFF
BCCF POST OFFICE BOX 5107
UNION SPRINGS, ALABAMA 36089

CC: UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF ALABAMA
    UNITED STATES COURTHOUSE
    POST OFFICE BOX 711
    MONTGOMERY, ALABAMA 36101-0711

FILE: 7/5/07
       DATE

G. WILLIAMS #205594
BULLOCK CORRECTIONAL FACILITY
POST OFFICE BOX 5107
UNION SPRINGS, ALABAMA 36089

MONTGOMERY AL 361
05 JUL 2007 PM 1 T

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

