IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

M.C. WILLIAMS, #205 594    *

  Plaintiff,   *

  v.   *   2:05-CV-638-MEF

ARNOLD HOLT   *

  Defendant.   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 18) is GRANTED;

2. Plaintiff is GRANTED an extension from July 5, 2007 to July 19, 2007 to file his objections to the June 22, 2007 Recommendation of the Magistrate Judge.

Done, this 6th day of July 2007.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE