IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

M. C. WILLIAMS, #205594,                )
                                        )
        Plaintiff,                      )
v.                                      )       CASE NO. 2:05-cv-0638-MEF
                                        )
WARDEN ARNOLD HOLT,                     )
                                        )
        Defendant.                      )

# **O R D E R**

On  June 22, 2007, the Magistrate Judge filed a Recommendation (Doc. #17) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is adopted.

2.  The defendant's motion for summary judgment (Doc. #13) is GRANTED and

plaintiff's access to court claim is DISMISSED pursuant to the provisions of 28 U.S.C. §

1915(e)(2)(B)(ii).

DONE this the 31st day of July, 2007.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE