IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| M. C. WILLIAMS, #205594, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-0638-MEF |
| | ) |
| WARDEN ARNOLD HOLT, | ) |
| | ) |
|     Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 31st day of July, 2007.

                                                       /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE